**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1693**

---

MAURICE WILSON, a/k/a Maurice Wilson Iguade, a/k/a Maurice Amafeyaga Iguade,

      Petitioner,

    v.

MICHAEL B. MUKASEY, Attorney General,

      Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals. (A92-005-771)

---

Submitted: March 27, 2008      Decided: April 22, 2008

---

Before NIEMEYER, TRAXLER, and DUNCAN, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Mary Ann Berlin, Baltimore, Maryland, for Petitioner. Jeffrey S. Bucholtz, Acting Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant Director, Eric W. Marsteller, OFFICE OF IMMIGRATION LITIGATION, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Wilson, a/k/a Maurice Wilson Iguade, a/k/a Maurice Amafeyaga Iguade, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen his immigration proceedings. We find that we lack jurisdiction to review Wilson's claim that the Board should have exercised its sua sponte power to reopen his removal proceedings. See Ali v. Gonzales, 448 F.3d 515, 518 (2d Cir. 2006) (collecting cases). We therefore deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED